# DECISIONS PER CURIAM

## FROM JANUARY 1 TO JULY 20, 1915

No. 1261. BELAVAL, PLAINTIFF AND APPELLANT, *v.* TODD, MAYOR OF SAN JUAN, RESPONDENT.—*Mandamus.* San Juan, Section 2. January 11, 1915. *Appeal withdrawn.*

No. 750. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RAMOS, DEFENDANT AND APPELLANT.—

No. 752. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RODRÍGUEZ, DEFENDANT AND APPELLANT.—

No. 753. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* MORALES, DEFENDANT AND APPELLANT.—

No. 754. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* VELÁZQUEZ, DEFENDANT AND APPELLANT.—

No. 757. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* GARCÍA, DEFENDANT AND APPELLANT.—

No. 758. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* RENTA, DEFENDANT AND APPELLANT.—

No. 759. THE PEOPLE, PLAINTIFF AND RESPONDENT, *v.* ESTRADA, DEFENDANT AND APPELLANT.—

Violations of the Election Law. Ponce. January 13, 14 and 18, 1915. *Judgments affirmed.*

No. 1211. GUADALUPE, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ, MUNICIPAL JUDGE, RESPONDENT.—

No. 1212. CRUZ, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ, MUNICIPAL JUDGE, RESPONDENT.—

No. 1213. FUENTE, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ, MUNICIPAL JUDGE, RESPONDENT.—

No. 1217. ROQUE, PLAINTIFF AND APPELLANT, *v.* HERNÁNDEZ, MUNICIPAL JUDGE, RESPONDENT.—

*Certiorari.* Guayama. January 18, 1915. *Appeals dismissed.*